FILED
2018 Jun-12 PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SHANNON WAYNE GARRISON** and **CONNIE SUE GARRISON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**STURM, RUGER & COMPANY, INC.,**<br><br>Defendants. | Civil Action Number<br>5:16-cv-01559-AKK |

## FINAL JUDGMENT

Pursuant to the memorandum opinion, doc. 43, entered contemporaneously herewith, the Defendant's motion for summary judgment, doc. 36 is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE** costs assessed against the Plaintiffs. The clerk is **DIRECTED** to close the file.

**DONE** the 12th day of June, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE